IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01275-OES-PAC

CRAIG D. SYRIE,

Plaintiff(s),

v.

MAYOR ED TAUER, et al.,

Defendant(s).

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on September 20, 2005.**

Based upon the Plaintiff's Response To Defendant's [sic] First Set Of Discovery To Defendant(s), dated September 16, 2005, being filed with the court on September 20, 2005, and also served by mail on opposing counsel, the City of Aurora's Motion To Compel [Filed August 31, 2005; Docket #46] is **DENIED**.