IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01275-OES-PAC

CRAIG D. SYRIE,

Plaintiff,

v.

MAYOR ED TAUER,
COUNTY, CITY COMMISSIONERS - JOHN AND JANE DOES,
AURORA POLICE CHIEF - JOHN AND JANE DOE,
SERGEANT GRAHAM,
OFFICER HIRTLE,
OFFICER ZIUS, and
OFFICER SLOAN,

Defendants.

## ORDER OF DISMISSAL

**Entered by O. Edward Schlatter, United States Magistrate Judge.**

Based the parties Stipulation For Dismissal, filed January 5, 2006, indicating they have executed a Settlement Agreement and Release of All Claims in this matter, it is hereby **ORDERED** that this case is **DISMISSED** in its entirety, with prejudice, each party to pay their own costs and attorneys' fees. Further, all pending motions and matters in this case are deemed **MOOT** based upon this dismissal.

LET JUDGMENT ENTER ACCORDINGLY.

Dated at Denver, Colorado, this 9th day of January, 2006.

BY THE COURT:

s/ O. Edward Schlatter
O. Edward Schlatter
United States Magistrate Judge